IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL HOME LOAN BANK OF
PITTSBURGH,

          Plaintiffs,

v.

J.P. MORGAN SECURITIES INC.,
J.P. MORGAN CHASE & CO.,
MOODY'S CORPORATION,
MOODY'S INVESTORS SERVICE, INC., and
THE MCGRAW-HILL COMPANIES, INC.,

          Defendants.

09cv1421
**ELECTRONICALLY FILED**

## ORDER OF COURT

AND NOW, this 21st day of December, 2009, Plaintiff's motion for Remand is HEREBY GRANTED, for the reasons set forth in the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed and REMAND the record to the Court of Common Pleas of Allegheny County forthwith.

          s/ Arthur J. Schwab
          Arthur J. Schwab
          United States District Judge

cc:    All Registered ECF Counsel and Parties